Case 2:24-cr-00477-TJH   Document 5   Filed 08/12/24   Page 1 of 2   Page ID #:24

FILED
CLERK, U.S. DISTRICT COURT
08/12/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TRB___ DEPUTY

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT M. LARA
Assistant United States Attorney
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0427

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 24-00477-TJH |
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; [PROPOSED] ORDER |
| vs. | |
| NICOLAS DES BARRES BOOKED UNDER NICHOLAS DEAN DES BARRES ID NUMBER 387994, | |
| Defendant | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby requests the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued for defendant NICOLAS DES BARRES who is now detained at the IREDELL COUNTY DETENTION FACILITY, in the City of STATESVILLE, State of NORTH CAROLINA, in the custody of the Warden, Sheriff or Jailor of said institution. The above-entitled case is scheduled for INITIAL APPEARANCE on the 26TH day of SEPTEMBER, 2024

at 1:00 P.M. in the courtroom of the Honorable DUTY MAGISTRATE, Judge of the United States District Court, Roybal Federal Building, Courtroom 640, 255 East Temple Street, at which the defendant's presence will be necessary.  In order to secure defendant's presence, it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden, Sheriff or Jailor to produce the defendant in said court on the date and time specified above, and at such other dates as may be necessary incident to this case.

     WHEREFORE, the government respectfully requests that the Court issue an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum under the seal of this Court, commanding the Warden, Sheriff or Jailor specified above, to produce the defendant in the United States District Court for the Central District of California at the specified time and place and for all other proceedings incident thereto, and at the termination of the proceedings against the defendant to return him to the custody of said Warden, Sheriff or Jailor.

Dated: August 12, 2024

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


    /s/
_____
SCOTT M. LARA
Assistant United States Attorney